IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>CURTIS LOGAN,<br><br>    Defendant.<br>_____/ | 1:07-cv-00518-OWW-SMS PC<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED COPY OF TRUST ACCOUNT STATEMENT **OR** PAY BALANCE OF FILING FEE |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On April 12, 2007, plaintiff submitted a $250.00 partial filing fee regarding his complaint filed on March 30, 2007. Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff is required to pay the statutory filing fee of $350.00 for this action.[1] Plaintiff is required to pay the balance of $100.00 for the filing fee, **or** submit an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915, together with a certified copy of his trust account statement for the entire six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2).

---

[1] Effective April 9, 2006, the statutory filing fee for all civil actions except applications for writs of habeas corpus is 350.00. 28 U.S.C. § 1914(a).

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, together with a certified copy of his trust account statement for the entire six month period immediately preceding the filing of the complaint **or** in the alternative, pay the balance of $100.00, for a total of $350.00, filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   April 24, 2007**                           **/s/ Sandra M. Snyder**
                                                     UNITED STATES MAGISTRATE JUDGE