# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ,<br><br>                    Plaintiff,<br><br>     v.<br><br>CURTIS LOGAN,<br><br>                    Defendant.<br>_____/ | CASE NO. 1:07-cv-00518-OWW-SMS PC<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF AN APPLICATION TO PROCEED IN FORMA PAUPERIS, AND REQUIRING PLAINTIFF TO EITHER FILE APPLICATION OR PAY FILING FEE BALANCE WITHIN THIRTY DAYS |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action. The filing fee for this action is $350.00. A partial payment of $250.00 was received by the court on April 6, 2007. On April 24, 2007, the court ordered plaintiff to either pay the $100.00 balance or file an application to proceed in forma pauperis. On May 7, 2007, plaintiff filed a notice stating that if payment is not received from plaintiff's outside source by May 22, 2007, plaintiff consents to the withdrawal for the remaining balance from his trust account. To date, the remaining balance has not been paid.

In order for plaintiff to be granted leave to proceed in forma pauperis in this action, which allows for the deduction of funds as are available from plaintiff's trust account, plaintiff must file a completed application to proceed in forma pauperis, accompanied by a certified copy of his trust account statement for the six month period preceding the filing of the complaint. Plaintiff's notice of May 7, 2007, is insufficient to satisfy this requirement.

///

///

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an application to proceed in forma pauperis by a prisoner;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall file a completed application to proceed in forma pauperis or in the alternative, submit the $100.00 filing fee balance in full; and

3. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

**Dated:**   **June 19, 2007**                                   /s/ Sandra M. Snyder
                                                                  UNITED STATES MAGISTRATE JUDGE