# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | CASE NO. 1:07-cv-00518-OWW-SMS PC |
| Plaintiff, | ORDER DISCHARGING ORDER REQUIRING PLAINTIFF TO PAY FILING FEE BALANCE OR FILE APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| CURTIS LOGAN, | (Docs. 8 and 12) |
| Defendant. | |

Plaintiff Charles Lowell Kentz ("plaintiff") is a federal prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. On April 6, 2007, plaintiff submitted $250.00 toward the $350.00 filing fee for this action. Since that time, the Court has issued several orders directing plaintiff to either pay the $100.00 balance or file an completed application to proceed in forma pauperis. The most recent order was filed on September 4, 2007.

On October 1, 2007, plaintiff filed a letter stating that a $100.00 check was sent and cashed by the Clerk's Office on August 17, 2007. The Court has confirmed receipt of the $100.00 with the Clerk's Office. Accordingly, the Court's order requiring plaintiff to either submit the $100.00 or file an application to proceed in forma pauperis is HEREBY DISCHARGED.

IT IS SO ORDERED.

**Dated:    October 3, 2007**                /s/ Sandra M. Snyder
                                                            UNITED STATES MAGISTRATE JUDGE

1