IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES LOWELL KENTZ, | 1:07-cv-0518 OWW SMS (PC) |
| Plaintiff, | ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT |
| vs. | |
| CURTIS LOGAN, | (DOCUMENT #8) |
| Defendant. | |

Plaintiff is a prisoner proceeding pro se in this civil action pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). On June 28, 2007, plaintiff filed a motion to proceed in forma pauperis. In light of the fact that plaintiff has paid the filing fee, and the Court's order of October 3, 2007, discharging the order requiring plaintiff to pay filing fee balance or file application to proceed in forma pauperis, the motion is DISREGARDED AS MOOT.

IT IS SO ORDERED.

**Dated: January 4, 2008**                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE